JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAGAN DOBADZHYAN, an individual, ) | Case No.  2:13-cv-02263-SVW-(FFM) |
| Plaintiff, ) | |
| ) | ORDER APPROVING STIPULATINO |
| vs. ) | FOR COMPROMISE AND DISMISSAL |
| ) | OF FINANCIAL INDEMNITY |
| FINANCIAL INDEMNITY COMPANY, ) | COMPANY WITH PREJUDICE. |
| *et al.*, ) | |
| Defendants. ) | |
| _____ ) | |

Having reviewed the Parties' stipulation, IT IS HEREBY ORDERED:

1. Defendant Financial Company be dismissed from the above action with prejudice.
2. That by said dismissal all claimed forms of doing business attributable to Financial Indemnity as set forth in the complaint are included in the dismissal.
3. Each party shall bear their own costs of suit and attorney's fees.
4. The Court further VACATES the Pretrial conference set for September 30, 2013 and the Court trial set for October 8, 2013.

Dated: June 21, 2013

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE